SARAH L. BURR AND OTHERS, ADMINISTRATORS, &c., RESPOND-ENTS, *v.* AGRICULTURAL INSURANCE COMPANY, APPELLANT.

Judgment and order reversed, new trial granted, costs to abide event.

Opinion by LEARNED, P. J.

---

JAMES GORTHY AND ANOTHER, EXECUTORS, &c. OF JOHN CLARK, DECEASED, RESPONDENTS, *v.* SHAWMUT INSUR-ANCE COMPANY, APPELLANT.

Judgment and order affirmed, with costs.

Opinion by BOCKES, J.

---

S. VISSCHER TALCOTT, RESPONDENT, *v.* THE OLCOTT IRON MANUFACTURING COMPANY, APPELLANT.

Judgment affirmed, with costs.

Opinion by BOCKES, J.; LEARNED, P. J., taking no part.

---

HENRY D. WICKHAM, RESPONDENT, *v.* JOHN BELL AND ANOTHER, TRUSTEES, &c., APPELLANTS.

Judgment reversed; referee discharged; new trial granted, costs to abide event.

Opinion by LEARNED, P. J.

---

AVIS WAVLE, PLAINTIFF, *v.* WILLIAM D. TUTTLE AND OTHERS, DEFENDANTS.

Submission dismissed, without costs to either party, unless parties in thirty days file new statement, making the heirs-at-law also parties to the submission.

Opinion by LEARNED, P. J.

---

ANN SIMMONS, AS ADMINISTRATRIX, &c., APPELLANT, *v.* THE PRESIDENT, &c., OF THE DELAWARE & HUDSON CANAL COMPANY, RESPONDENTS.

Judgment affirmed, with costs.

LEARNED, P. J., taking no part.